# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1180
Lower Tribunal No. F04-14122

————————

**Roberto Ordonez-Medina,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Roberto Ordonez-Medina, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.